## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT A. SMITH,           )
                          )     Civil Action No. 13 – 1236
           Plaintiff,    )
                          )     Chief Magistrate Judge Lisa Pupo Lenihan
            v.          )
                          )
PA BOARD OF PROBATION and   )
THE ATTORNEY GENERAL OF    )
THE STATE OF PENNSYLVANIA,  )

                Defendant.

### ORDER

Robert A. Smith ("Petitioner") initiated this action on August 27, 2013, and he seeks habeas corpus relief pursuant to 28 U.S.C. § 2254.  (ECF No. 1.)  The Court has reviewed Petitioner's habeas petition and finds that it is insufficient because he does not provide any factual support for his sole claim of ineffective assistance of counsel.  Because of this, Petitioner will be required to submit an amended petition and state facts supporting his ground for relief. Therefore,

**THIS** 19th day of September, 2013;

**IT IS HEREBY ORDERED** that the Clerk of Court mail Petitioner the form for a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that Petitioner amend his petition as described herein and file it with the Court no later than October 4, 2013.

                        /s/ Lisa Pupo Lenihan
                        Lisa Pupo Lenihan
                        Chief United States Magistrate Judge

cc:  Robert A. Smith
      1912 Fairlawn Street
      Pittsburgh, PA  15221