# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ROBERT SMITH, | ) | |
| --- | --- | --- |
| | ) | Civil Action No. 13 – 1236 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| PA BOARD OF PROBATION and | ) | |
| THE ATTORNEY GENERAL OF | ) | |
| THE STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is dismissed as moot.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 12) is dismissed as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

Dated: August 26, 2014.

/s/ Lisa Pupo Lenihan

    Lisa Pupo Lenihan
    Chief United States Magistrate Judge

Cc: Robert A. Smith
    Alle Kiski Pavillion
    1704 4th Avenue
    Arnold, PA 15068
    *Via First Class Mail*

    Counsel of Record
    *Via ECF Electronic Mail*